FILED

12/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: OP 23-0665

this to Johnson, who is represented by counsel. We also stated that Johnson should refrain from filing pleading on his own behalf in this Court while he is represented by counsel. We again caution Johnson to refrain from filing writs for extraordinary relief in this Court while he has counsel to represent him in his pending criminal case. If Johnson persists in filing another writ matter, he will be foreclosed from doing so until the conclusion of his criminal case in District Court. Accordingly,

IT IS ORDERED that Johnson's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

IT IS FURTHER ORDERED that the Clerk of the Supreme Court shall CLOSE this case as of this Order's date.

The Clerk is directed to provide a copy of this Order to: the Honorable Kathy Seeley, District Court Judge; Angie Sparks, Clerk of District Court, under Cause no. CDC 2023-465; Kathleen Jensen, Lewis and Clark County Deputy Attorney; Suzanne Seburn, Defense Counsel; Sgt. Bradley Bragg, LCCDC; counsel of record, and Steven Gene Johnson personally.

DATED this 5 day of December, 2023.

_____

_____

_____

_____

_____
Justices

 

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0665

STEVEN GENE JOHNSON,

Petitioner,

v.

CAPTAIN BRADLEY BRAGG,
Lewis and Clark County Detention,

Respondent.

ORDER

FILED

DEC   5 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Steven Gene Johnson petitions this Court for habeas corpus relief, asserting that he is being held in jail and that his bail is excessive. He asserts that his incarceration is illegal. Johnson claims a "bias Judge" in the District Court in which his *pro se* motion has been refused.

Johnson sets forth several problems with his pending criminal matter. He states that the date of the incident is incorrect; that he did not appear within three days for arraignment "as is required by law in the Justice Court;" that he was refused the right to appear in person; that he has not spoken with his attorney; and that a conflict of interest exists with the Montana Office of Public Defender. Johnson does not elaborate about any bail or want of bail, pursuant to § 46-22-103, MCA. Johnson cites to several amendments of the U.S. Constitution and requests his immediate release.

We note that this is Johnson's second filed writ within a month. As stated before, "Johnson has not demonstrated illegal incarceration or restraint. Section 46-22-101(1), MCA." *Johnson v. Bragg*, No. OP 23-0609, Order (Mont. Oct. 31, 2023). Johnson's claims are more appropriate for a direct appeal, not an original proceeding, such as this. A district court may refuse to accept *pro se* filings when the party has legal representation. *State v. Samples*, 2005 MT 210, ¶ 15, 328 Mon. 242, 119 P.3d 1191. We previously noted